1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )    CASE NO. 08-MJ-185 GGH
                                  )
11              Plaintiff,        )    STIPULATION AND ORDER TO
                                  )    EXTEND TIME FOR PRELIMINARY
12      v.                        )    EXAMINATION AND EXCLUDE TIME
                                  )
13 MICHAEL LAMB,                  )
                                  )
14              Defendant.        )
   _____)

15

16      The parties agree that time beginning October 17, 2008 and

17 extending through October 31, 2008 should be excluded from the

18 calculation of time under the Speedy Trial Act.  Further, the

19 Defendant consents to an extension of the time for preliminary

20 examination until October 31, 2008.  Fed. R. Crim. P. 5.1(d).

21 The parties submit that the ends of justice are served by the

22 Court excluding such time, so that they may have reasonable time

23 necessary for effective preparation, taking into account the

24 exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In

25 particular, the time is required so that the government and

26 defense may evaluate the evidence in this case and possibly reach

27 a pre-indictment disposition.  The parties are working diligently

28 towards that end.  The parties stipulate that this interest of

                              1

justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until October 31, 2008.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATE: October 17, 2008        By:   /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney

DATE: October 17, 2008               /s/ Jeffrey Staniels
                                    JEFFREY STANIELS
                                    Counsel for Michael Lamb

**SO ORDERED.**

DATED:  October 17, 2008.

                                    U.S. MAGISTRATE JUDGE