1   MCGREGOR W. SCOTT
    United States Attorney
2   MATTHEW D. SEGAL
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2708

5

6

7               IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )      CASE NO. 08-MJ-185 GGH
                                   )
11                 Plaintiff,      )      STIPULATION AND ORDER TO
                                   )      EXTEND TIME FOR PRELIMINARY
12       v.                        )      EXAMINATION AND EXCLUDE TIME
                                   )
13  MICHAEL LAMB,                  )
                                   )
14                 Defendant.      )
    _____)
15

16       The parties agree that time beginning October 31, 2008 and

17  extending through December 5, 2008 should be excluded from the

18  calculation of time under the Speedy Trial Act.  Further, the

19  Defendant consents to an extension of the time for preliminary

20  examination until December 5, 2008.  Fed. R. Crim. P. 5.1(d).

21  The parties submit that the ends of justice are served by the

22  Court excluding such time, so that they may have reasonable time

23  necessary for effective preparation, taking into account the

24  exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In

25  particular, the time is required so that the government and

26  defense may evaluate the evidence in this case and possibly reach

27  a pre-indictment disposition.  The parties are working diligently

28  towards that end.  The parties stipulate that this interest of

                                  1

justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until December 5, 2008.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: October 30, 2008        By:  /s/ Matt Segal
                                   MATTHEW D. SEGAL
                                   Assistant U.S. Attorney

DATE: October 30, 2008             /s/ Jeffrey Staniels
                                   JEFFREY STANIELS
                                   Counsel for Michael Lamb

**SO ORDERED.**

DATE:  October 31, 2008.

_____
U.S. MAGISTRATE JUDGE

2